# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **GEOTAG, INC.**<br><br>    Plaintiff,<br><br>v.<br><br>**ROYAL PURPLE, INC.,** *et al.*;<br><br>    Defendants. | C.A. No. 2:10-cv-00575-TJW<br><br>Judge T. John Ward<br><br>**JURY TRIAL DEMANDED** |

## **DEFENDANT SONIC CORP.'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Sonic Corp. ("Sonic") discloses that it is a publicly traded corporation that has no parent corporation. Sonic is unaware of any publicly held corporation that beneficially owns 10% or more of its stock.

Respectfully submitted this 28th day of March 2011.

   /s/ David M. Sullivan   
David M. Sullivan
Lead Counsel
Oklahoma Bar No. 18851
CROWE & DUNLEVY, P.C.
20 North Broadway, Suite 1800
Oklahoma City, OK 73102
Telephone:    (405) 235-7700
Facsimile:    (405) 272-5926
david.sullivan@crowedunlevy.com
*Attorneys for Defendant Sonic Corp.*

## Certificate of Service

The undersigned hereby certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this document was served on all counsel who have consented to electronic service, Local Rule CV-5(a)(3)(A).

March 28th, 2011

*/s/ David M. Sullivan*