**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| **GEOTAG, INC.,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **Civil Action No. 2:10-cv-00575-MHS** |
| | § | |
| **ROYAL PURPLE, INC., ET AL.** | § | **JURY TRIAL DEMANDED** |
| | § | |
| **Defendants.** | § | |
| | § | |

## ORDER

The Stipulated Motion for Dismissal with Prejudice of all claims and counterclaims asserted between Plaintiff GeoTag, Inc. and Defendant Church & Dwight Co., Inc. (Doc. No. 460) is GRANTED.

It is therefore ORDERED, ADJUDGED, AND DECREED that all claims and counterclaims asserted in this suit between Plaintiff GeoTag, Inc. and Defendant Church & Dwight Co., Inc. are hereby DISMISSED WITH PREJUDICE.

It is further ORDERED that all costs, expenses, and attorneys' fees are to be borne by the party that incurred them.

IT IS SO ORDERED.

**SIGNED this 17th day of May, 2012.**

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE